IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CJ Investment Services, Inc., et al., | NO. C 08-05550 JW |
| Plaintiffs, | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| Michael D. Williams, et al., | |
| Defendants. | |

This case is scheduled for a Preliminary Pretrial Conference on February 22, 2010. The parties filed a Joint Pretrial Conference Statement.[1] The parties represent that they may need additional time to complete discovery. To the extent that the parties require additional time for discovery, they may stipulate to additional time or move the Court for an extension. As to the issue of bifurcating the trial between a bench and jury trial, the Court does not discern any objection in the Joint Statement from Defendants, but defers ruling on this issue until the Conference. Moreover, upon review of the Joint Statement, the Court finds it insufficient for the purpose of setting a trial schedule.

Accordingly, the Court CONTINUES the Preliminary Pretrial Conference to **March 22, 2010 at 11 a.m.** On or before **March 12, 2010**, the parties shall file a Joint Preliminary Pretrial

---

[1] (See Docket Item No. 22.) The Joint Statement was filed by Plaintiffs along with Defendants Eaton Electrical, Inc., Wells Fargo Bank, N.A., State of California Department of Employment, and American Express Company.

Statement. The Joint Statement shall include the parties' proposed trial schedule and an update on any settlement efforts.

Dated: February 17, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Blake D. Stamm blake.d.stamm2@usdoj.gov
Lucy F. Wang lucy.wang@doj.ca.gov
Robert Alan Rees rees-law@sbcglobal.net
Terry John Mollica tjm@cmlawoffices.com
Thomas Moore tom.moore@usdoj.gov

Dated: February 17, 2010                    Richard W. Wieking, Clerk

                                            By:     /s/ JW Chambers
                                                    Elizabeth Garcia
                                                    Courtroom Deputy