1
2
3
4
5
6
7    IN THE UNITED STATES DISTRICT COURT
8    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9    SAN JOSE DIVISION

10   CJ Investment Services, Inc., et al.,          NO. C 08-05550 JW

11           Plaintiffs,                            **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE**
     v.
12
     Michael D. Williams, et al.,
13
             Defendants.
14   _____/

15        This case is scheduled for a Preliminary Pretrial Conference on February 22, 2010. The
16   parties filed a Joint Pretrial Conference Statement.[1] The parties represent that they may need
17   additional time to complete discovery. To the extent that the parties require additional time for
18   discovery, they may stipulate to additional time or move the Court for an extension. As to the issue
19   of bifurcating the trial between a bench and jury trial, the Court does not discern any objection in the
20   Joint Statement from Defendants, but defers ruling on this issue until the Conference. Moreover,
21   upon review of the Joint Statement, the Court finds it insufficient for the purpose of setting a trial
22   schedule.
23        Accordingly, the Court CONTINUES the Preliminary Pretrial Conference to **March 22,**
24   **2010 at 11 a.m.** On or before **March 12, 2010**, the parties shall file a Joint Preliminary Pretrial
25
26
27      [1] (See Docket Item No. 22.) The Joint Statement was filed by Plaintiffs along with Defendants Eaton Electrical, Inc., Wells Fargo Bank, N.A., State of California Department of
28   Employment, and American Express Company.

1 Statement. The Joint Statement shall include the parties' proposed trial schedule and an update on
2 any settlement efforts.

Dated:  February 17, 2010

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Blake D. Stamm blake.d.stamm2@usdoj.gov
Lucy F. Wang lucy.wang@doj.ca.gov
Robert Alan Rees rees-law@sbcglobal.net
Terry John Mollica tjm@cmlawoffices.com
Thomas Moore tom.moore@usdoj.gov

Dated:  February 17, 2010                Richard W. Wieking, Clerk

                                         By:     /s/ JW Chambers
                                                 Elizabeth Garcia
                                                 Courtroom Deputy