IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CJ Investment Services, Inc., et al., | NO. C 08-05550 JW |
| Plaintiffs, | **ORDER CONTINUING PRELIMINARY PRETRIAL CONFERENCE** |
| v. | |
| Michael D. Williams, et al., | |
| Defendants. | |

This case is scheduled for a Preliminary Pretrial Conference on June 14, 2010. Pursuant to the Federal Rules of Civil Procedure and Local Rules of this Court, the parties conferred and duly submitted a Joint Preliminary Pretrial Conference Statement.[1] In their Joint Statement, the parties request a continuance to July 28 or 30, 2010 to allow time for the parties to finalize a settlement agreement as to some Defendants. (Id. at 3-4.) However, due to the Court's schedule, the Court finds good cause to continue the Pretrial Conference only until July 12, 2010.

Accordingly, the Court CONTINUES the Preliminary Pretrial Conference to **July 12, 2010 at 11 a.m.** On or before **July 2, 2010**, the parties shall submit a Joint Preliminary Pretrial Conference Statement. The Statement shall include, among other things, an update on the parties' settlement efforts and their readiness for trial as to the non-settling Defendants, and a proposed trial schedule.

Dated: June 9, 2010

JAMES WARE
United States District Judge

---

[1] (hereafter, "Joint Statement," Docket Item No. 27.) The Joint Statement was submitted by Plaintiffs, Defendants Eaton Electrical, Inc.; Wells Fargo Bank, N.A.; United States of America–Department of Treasury; State of California Department of Employment; and American Express Company, and Cross-Defendants David Bishop, Bishop & Bishop, and CJ Investments.

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Blake D. Stamm blake.d.stamm2@usdoj.gov
Lucy F. Wang lucy.wang@doj.ca.gov
Robert Alan Rees rees-law@sbcglobal.net
Terry John Mollica tjm@cmlawoffices.com
Thomas Moore tom.moore@usdoj.gov

Michael D Williams
3005 Duval Court
Gilroy, Ca 95020

**Dated:  June 9, 2010**               **Richard W. Wieking, Clerk**

                                        **By:     /s/ JW Chambers**
                                        **Elizabeth Garcia**
                                        **Courtroom Deputy**