IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CJ Investment Services, Inc., et al., | NO. C 08-05550 JW |
| Plaintiffs, | **ORDER RE. PROPOSED JUDGMENT** |
| v. | |
| Michael D. Williams, et al., | |
| Defendants. | |

Presently before the Court is Plaintiffs' Proposed Judgment. (See Docket Item No. 56.) Plaintiffs' propose a Judgment that includes findings by the Court that the liens against the subject property are equitably subrogated and are valid, subsisting liens. (Id.)

Upon review, the Court finds that Plaintiffs' Proposed Judgment exceeds the scope of the Court's Order and is not sufficient to bring this case to a close or, as discussed at the last hearing, sufficient to send any remaining claims between the parties back to state court. (See Docket Item No. 55.) For example, Plaintiffs have failed to file a voluntary dismissal of Defendant United States, despite the fact that this Defendant has affirmatively disclaimed any interests in the subject property. This dismissal is crucial to sending the case back to state court since it was Defendant United States who removed the case to this Court.

Accordingly, the Court declines to enter Judgment at this time. On or before **February 28, 2011**, Plaintiffs shall filed a Revised Proposed Judgment consistent with the terms of the Court's November 24, 2010 Order and this Order to bring this case to a close.

Dated: February 16, 2011

JAMES WARE
United States District Chief Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Blake D. Stamm blake.d.stamm2@usdoj.gov
David Carpenter Winton dcw@cmlawoffices.com
Eugene J. Chiarelli ejc@cmlawoffices.com
Lucy F. Wang lucy.wang@doj.ca.gov
Robert Alan Rees rees-law@sbcglobal.net
Terry John Mollica tjm@cmlawoffices.com
Thomas Moore tom.moore@usdoj.gov

**Dated: February 16, 2011**                                    **Richard W. Wieking, Clerk**

                                                       **By:      /s/ JW Chambers**
                                                           **Elizabeth Garcia**
                                                           **Courtroom Deputy**

**United States District Court**
For the Northern District of California