UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CJ INVESTMENT SERVICES, INC., ET AL., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MICHAEL D. WILLIAMS, ET AL, ) <br> ) <br> Defendants. ) <br> ) | Case No.: 5:08-CV-05550 EJD <br><br> **ORDER FOLLOWING CASE MANAGEMENT CONFERENCE AND GRANTING LEAVE TO REFILE MOTION TO SEVER** |

On October 21, 2011, Plaintiffs and Defendant Michael Williams ("Williams") appeared for a case management conference. Based on the Joint Case Management Statement submitted to the court and the discussion at the conference,

IT IS HEREBY ORDERED that Plaintiffs may file a motion to sever their First and Second Claims in the First Amended Complaint ("FAC") from all remaining claims. Plaintiffs shall file any such motion no later than October 28, 2011 and shall notice the motion for hearing on December 9, 2011. Any opposition brief shall be filed no later than November 11, 2011. Any reply brief shall be filed no later than November 18, 2011.

1

Case No.: 5:08-CV-05550 EJD
ORDER FOLLOWING CASE MANAGEMENT CONFERENCE AND GRANTING LEAVE TO REFILE MOTION TO SEVER

IT IS FURTHER ORDERED that, in the event that Plaintiffs do not file any such motion, no later than October 28, 2011, Plaintiffs shall file a status status statement requesting a further case status conference.

Dated: Qevqdgt"43."4233

EDWARD J. DAVILA
United States District Judge

2
Case No.: 5:08-CV-05550 EJD
ORDER FOLLOWING CASE MANAGEMENT CONFERENCE AND GRANTING LEAVE TO REFILE MOTION TO SEVER